

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2021

No. 04-21-00331-CR

John Darrick **RITTENBERRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B20109
Honorable Rex Emerson, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

On November 29, 2021, appellant filed a pro se motion titled, "Motion for De Nov[o] Appeal from Trial Court Cause #B20109." However, appellant is represented by appellate counsel, Mr. M. Patrick Maguire. In Texas, appellants do not have a right to hybrid representation. *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981); *Barnes v. State*, 103 S.W.3d 494, 496 n.2 (Tex. App.—San Antonio 2003, no pet.). Therefore, appellant's pro se motion is DENIED.

It is so **ORDERED** on December 6, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT